1114

**H'ugh David BUTLER v. STATE.**
(No. 13356.)

Court of Criminal Appeals of Texas.   Jan. 29,
1930.

Collins & Martin, of Hillsboro, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for manslaughter; punishment being two years in the penitentiary.

By proper personal affidavit appellant makes it known to the court that he no longer desires to prosecute his appeal. He requests the court to dismiss his appeal, waives time for issuing mandate, and requests' that it issue immediately, to the end that his term of punishment begin to run.

In compliance with such request, the appeal is dismissed, and the clerk is directed to issue mandate at once.